UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | No. C-12-01401 DMR |
| Plaintiff(s), | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| TWIN PEAKS PIZZA, | |
| Defendant(s). _____/ | |

This case is hereby DISMISSED WITH PREJUDICE.  The court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the parties' settlement agreement and general release.  [*See* Docket No. 12.]

The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated: October 9, 2012

_____
DONNA M. RYU
United States Magistrate Judge