**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

        Plaintiff(s),

    v.

TWIN PEAKS PIZZA,

        Defendant(s).

_____/

No. C-12-01401 DMR

**ORDER DISMISSING CASE WITH PREJUDICE**

This case is hereby DISMISSED WITH PREJUDICE.  The court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the parties' settlement agreement and general release.  [*See* Docket No. 12.]

The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated:  October 9, 2012

_____
DONNA M. RYU
United States Magistrate Judge